UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO RODRIGUEZ, ) | CASE NO. ED CV 12-1921-R (PJW) |
| ) Petitioner, ) | |
| ) | J U D G M E N T |
| v. ) | |
| ) | |
| JEFFREY BEARD, SECRETARY OF DEPT. ) OF CORRECTIONS AND REHABILITATION, ) | |
| ) Respondent. ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED:     JUNE 18, 2014     .

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

C:\Temp\notesD30550\Order accept _Judgment.wpd